# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
### GREENVILLE DIVISION

**ROBBIE JOHNSON**                                              **PLAINTIFF**

**VS.**                  **CIVIL CAUSE NO.4:18-cv-065-DMB-JMV**

**QUALITY RESTAURANT CONCEPTS, LLC**
**KATHY SEZNACK**
**JANE DOE**                                                 **DEFENDANTS**

## ORDER AMENDING CASE MANAGEMENT ORDER

This matter is before the Court following the [22] Telephonic Status Conference. The Court's amendments are as follows:

A. Defendants shall designate expert witnesses by **11/7/2018**;

B. Discovery shall be completed by **12/7/2018**; and

C. Dispositive and Daubert motions are due by **12/24/2018**.

The parties are advised that no further extensions will be granted absent a trial continuance.

**SO ORDERED** this, the 7th day of August, 2018.

                                                   /s/ Jane M. Virden

                                                   UNITED STATES MAGISTRATE JUDGE